## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| FMRR Development | : | No. 1925 C.D. 2014 |
| | : | |
| v. | : | |
| | : | |
| Birdsboro Municipal Authority | : | |
| | | |
| Francis X. McLaughlin | : | |
| | : | |
| v. | : | |
| | : | |
| Birdsboro Water Authority | : | |
| | | |
| Appeal of: Birdsboro Municipal | : | |
| Authority and Birdsboro Water | : | |
| Authority | : | |

# **O R D E R**

NOW, December 1, 2015, having considered appellant's application for reargument and appellees' response thereto, the application is denied.

_____
Dan Pellegrini, President Judge